UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DONALD WILLIAMS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 04-4183-JLF |
| ) | |
| **CIRCUIT CITY STORES, INC.,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

This is before the Court on its own motion.  On April 5, 2006, this Court ordered plaintiff to either obtain new counsel or inform the Court that he intends to proceed *pro se* on or before April 21, 2005 (Doc. 35).  The Court further ordered plaintiff to file a written demand for arbitration on or before April 28, 2006 (Doc. 35).  Plaintiff was warned that failure to comply with the Court's Order would result in dismissal of this action (Doc. 35).  Plaintiff has failed to comply with the Court's Order.  Accordingly, this action is **DISMISSED.**  A separate Judgment shall accompany this Order.

**IT IS SO ORDERED.**
**DATED:**  June 14, 2006.

**s/ James L. Foreman**
**DISTRICT JUDGE**
